UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CROWN EQUIPMENT CORPORATION,

        Plaintiff,                          Case Number 23-12016
v.                                         Honorable David M. Lawson
                                            Magistrate Judge Curtis Ivy, Jr.
WILLIAM GLEASON,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Presently before the Court is the report issued on November 21, 2023 by Magistrate Judge Curtis Ivy, Jr. pursuant to 28 U.S.C. § 636(b) recommending that the Court deny without prejudice the plaintiff's motion for a preliminary injunction. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 23) is **ADOPTED**, and the plaintiff's motion for a preliminary injunction (ECF No. 10) is **DENIED** without prejudice.

- 2 -

It is further **ORDERED** that the reference to the assigned magistrate judge is **CONTINUED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 5, 2024