UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CROWN EQUIPMENT CORPORATION, | Case No. 23-12016 |
| Plaintiff, | David M. Lawson |
| v. | United States District Judge |
| WILLIAM GLEASON, *et al.*, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## ORDER REGARDING A RENEWED MOTION FOR SUMMARY JUDGMENT

The undersigned filed a report and recommendation recommending that Plaintiff's motion for summary judgment (ECF No. 42) be denied in part because of inadequate briefing. (ECF No. 52). The undersigned wrote that, if the recommendation is adopted, Plaintiff may seek leave under Local Rule 7.1(b)(2) to refile a motion for summary judgment. The Court adopted the report and recommendation on February 26, 2025. (ECF No. 58). In doing so, the Court continued the referral to the undersigned for further litigation referenced in the report and recommendation, i.e., to address a second motion for summary judgment if leave is granted to file one.

To date, Plaintiff has not sought leave to file a renewed motion for summary judgment or otherwise expressed an intent to do so. The Court will give Plaintiff

until **March 27, 2025**, to move for leave to file a second motion for summary judgment or give notice that it does not intend to seek such leave.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: March 13, 2025         s/Curtis Ivy, Jr.
                             Curtis Ivy, Jr.
                             United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 13, 2025.

                             s/Sara Krause
                             Case Manager
                             (810) 341-7850